

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00517-CV

Sergio **ALANIS**, Sr.,
Appellant

v.

Jesus Maria **ALVAREZ**, and Alvarez & Associates,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
The Honorable Federico Hinojosa, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the cause REMANDED to the trial court for further proceedings. Because appellant is indigent, costs are assessed against the party that incurred them.

SIGNED October 9, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice